# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1930
LT Case No. 10-2015-DR-2132

_____

MICHELLE LANY YOAKUM f/k/a
MICHELLE LANY TSCHUMY,

     Appellant,

     v.

WILLIAM LEE TSCHUMY, JR.,

     Appellee.

_____

Nonfinal appeal from the Circuit Court for Clay County.
Gary Leonard Wilkinson, Judge.

Michelle Lany Yoakum f/k/a Michelle Lany Tschumy,
Fort Hood, TX, pro se.

William Lee Tschumy, Jr., Chesapeake, VA, pro se.

April 28, 2026


PER CURIAM.

     AFFIRMED.

WALLIS, HARRIS, and BOATWRIGHT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————